# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| RONALD ROSE | ) | CASE NO.: 3:23-CV-00571 |
| Plaintiff, | ) | |
| vs. | ) | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) | **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | ) | |

Plaintiff, Ronald Rose and Defendant, the Commissioner of the Social Security Administration, by and through their respective counsel, hereby give notice of their Joint Notice of Voluntary Dismissal of Plaintiff's Complaint, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This dismissal is without prejudice; costs to be borne by Plaintiff.

WHEREFORE, the parties to this action pray this Court will dismiss Plaintiff's Complaint without prejudice.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

Respectfully submitted,

s/ Rachel C. Wilson
Rachel C. Wilson (#0068168)
Attorney for Plaintiff
1382 West 9th Street

Suite 420
Cleveland, OH 44113
216-925-5185
216-664-1287 – Fax
rachel@wilson-gillissie.com

s/Lisa Hammond Johnson
Lisa Hammond Johnson
Attorney for Defendant
Office of the US Attorney
Northern District of Ohio
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3670
Fax: 216-522-4982